1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES P. DIWIK (Bar No. 164016; james.diwik@sdma.com)
2  JOEL M. LONG (Bar No. 226061; joel.long@sdma.com)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Plaintiff
6  SureTec Insurance Company

7  LAW OFFICES OF BRET R. ROSSI
   BRET R. ROSSI (Bar No. 114569; bret@bretrossi.com)
8  2214 U Street
   Sacramento, California 95818-1728
9  Telephone:  (916) 442-6200
   Facsimile:  (916) 739-1057
10
   Attorneys for Defendants
11 Melisa A. Hall, Melisa A. Hall as trustee
   of the Robert E. Hall, Jr. and Melisa A. Hall
12 2005 Revocable Inter Vivos Trust, and Melisa A. Hall
   as conservator for Robert E. Hall (individually
13 and as trustee of the Robert E. Hall, Jr. and
   Melisa A. Hall 2005 Revocable Inter Vivos
14 Trust)

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER CONSTRUCTORS, INC.; ROBERT E. HALL; MELISA A. HALL; ROBERT E. HALL as trustee of the ROBERT E. HALL, JR. AND MELISA A. HALL 2005 REVOCABLE INTER VIVOS TRUST; and MELISA A. HALL as trustee of the ROBERT E. HALL, JR. AND MELISA A. HALL 2005 REVOCABLE INTER VIVOS TRUST,<br><br>Defendants. | CASE NO. 2:09-cv-03354-WBS-DAD<br><br>**STIPULATION TO FURTHER EXTEND TIME TO FILE ANSWER TO COMPLAINT;**<br><br>[~~PROPOSED~~] **ORDER THEREON**<br><br>**[L.R. 143]** |

SF/1684108v1

-1-
STIPULATION TO FURTHER EXTEND TIME TO FILE ANSWER TO COMPLAINT; ORDER THEREON

1    Plaintiff SureTec Insurance Company and defendants Melisa A. Hall, Melisa A. Hall as
2 trustee of the Robert E. Hall, Jr. and Melisa A. Hall 2005 Revocable Inter Vivos Trust, and
3 Melisa A. Hall as conservator for Robert E. Hall (individually and as trustee of the Robert E.
4 Hall, Jr. and Melisa A. Hall 2005 Revocable Inter Vivos Trust), pursuant to Local Rule 143,
5 stipulate to a further extension of time of 21 days, from March 18, 2010, to April 8, 2010, for
6 said defendants to file and serve an answer to plaintiff's complaint in this action.  In support of
7 this stipulation, the parties state that said defendants have just recently retained counsel – on
8 March 18, 2010.  In addition, the parties are discussing a potential settlement that would resolve
9 this case without further litigation, while the defendants are also considering a potential
10 bankruptcy filing.  Accordingly, the parties respectfully request that the Court approve this
11 stipulation and enter the order set forth below.

12  DATED:  March 19, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

15                                  By: /s/ Joel M. Long
                                        Joel M. Long
                                        Attorneys for Plaintiff
16                                      SureTec Insurance Company

17  DATED:  March 19, 2010          LAW OFFICES OF BRET R. ROSSI

20                                  By: /s/ Bret R. Rossi
                                        Bret R. Rossi
                                        Attorneys for Defendants
21                                      Melisa A. Hall, Melisa A. Hall as trustee of the Robert E.
                                        Hall, Jr. and Melisa A. Hall 2005 Revocable Inter
22  Vivos                               Trust, and Melisa A. Hall as conservator for
    Robert E.                           Hall (individually and as trustee of the
23  Robert E. Hall, Jr.                 and Melisa A. Hall 2005
    Revocable Inter Vivos Trust)

**IT IS SO ORDERED.**

Dated:  March 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE