| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | JAMES P. DIWIK (Bar No. 164016; james.diwik@sdma.com) |
| 2 | JOEL M. LONG (Bar No. 226061; joel.long@sdma.com) |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | SureTec Insurance Company |
| 7 | LAW OFFICES OF BRET R. ROSSI |
| | BRET R. ROSSI (Bar No. 114569; bret@bretrossi.com) |
| 8 | 2214 U Street |
| | Sacramento, California 95818-1728 |
| 9 | Telephone:  (916) 442-6200 |
| | Facsimile:  (916) 739-1057 |
| 10 | |
| | Attorneys for Defendants |
| 11 | Melisa A. Hall, Melisa A. Hall as trustee |
| | of the Robert E. Hall, Jr. and Melisa A. Hall |
| 12 | 2005 Revocable Inter Vivos Trust, and Melisa A. Hall |
| | as conservator for Robert E. Hall (individually |
| 13 | and as trustee of the Robert E. Hall, Jr. and |
| | Melisa A. Hall 2005 Revocable Inter Vivos |
| 14 | Trust) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY,              Plaintiff,         v.  SUTTER CONSTRUCTORS, INC.; ROBERT E. HALL; MELISA A. HALL; ROBERT E. HALL as trustee of the ROBERT E. HALL, JR. AND MELISA A. HALL 2005 REVOCABLE INTER VIVOS TRUST; and MELISA A. HALL as trustee of the ROBERT E. HALL, JR. AND MELISA A. HALL 2005 REVOCABLE INTER VIVOS TRUST,              Defendants. | CASE NO. 2:09-cv-03354-WBS-DAD  **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER THEREON** |

Plaintiff SureTec Insurance Company ("SureTec") and defendants Melisa A. Hall, Melisa A. Hall as trustee of the Robert E. Hall, Jr. and Melisa A. Hall 2005 Revocable Inter Vivos Trust, and Melisa A. Hall as conservator for Robert E. Hall (individually and as trustee of the Robert E. Hall, Jr. and Melisa A. Hall 2005 Revocable Inter Vivos Trust), through their undersigned counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 143, stipulate to dismiss this action without prejudice.  The parties reserve any right they may have to recover the attorney's fees and costs incurred in connection with this action in any future lawsuit between the parties relating to the General Agreement of Indemnity attached as Exhibit A to SureTec's complaint in this action or otherwise concerning the subject matter of this action.[1]

DATED:  November 5, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                  By: /s/ Joel M. Long
                                      Joel M. Long
                                      Attorneys for Plaintiff
                                      SureTec Insurance Company

DATED:  November 5, 2010          LAW OFFICES OF BRET R. ROSSI


                                  By: /s/ Bret R. Rossi
                                      Bret R. Rossi
                                      Attorneys for Defendants
                                      Melisa A. Hall, Melisa A. Hall as trustee of the Robert E.
                                          Hall, Jr. and Melisa A. Hall 2005 Revocable Inter
Vivos                                 Trust, and Melisa A. Hall as conservator for
Robert E.                                  Hall (individually and as trustee of the
Robert E. Hall, Jr.                              and Melisa A. Hall 2005
Revocable Inter Vivos Trust)

**IT IS SO ORDERED.**

Dated:  November 9, 2010

                                  [signature: William B. Shubb]
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

---

[1] The first named defendant in this action, Sutter Constructors, Inc., has not appeared or responded to SureTec's complaint.